IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| PHILLIP A. INSLEY, III | * | Case No. 10-26739 |
| KRISTEL T. INSLEY, | | Chapter 7 |
| | * | |
| Debtors. | | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| GMAC MORTGAGE, LLC, | * | |
| Movant, | * | |
| v. | * | |
| PHILLIP A. INSLEY, III, et al., | * | |
| Respondents, | * | |

* * * * * * * * * * * * *

CONSENT TO TERMINATION OF AUTOMATIC STAY

The undersigned Chapter 7 Trustee hereby consents to termination of the automatic stay to permit repossession or foreclosure of the following property, provided surplus proceeds, if any, be remitted to the estate.

Property Description:   1033 Riverside Drive

Dated: 08/5/10                                               /S/ Monique D. Almy
                                                            Monique D. Almy, Chapter 7 Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August, 2010, a copy of the foregoing Consent was sent via ECF notification to those parties registered to receive ECF notices in this case.

                                                            /S/ Monique D. Almy
                                                            Monique D. Almy, Chapter 7 Trustee